**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VSolvit, LLC, | Case No.: 2:23-cv-00454-JAD-DJA |
| Plaintiff | |
| v. | **Order Directing Response** |
| Sohum Systems, LLC and Creative Information Technology, Inc., | [ECF Nos. 3, 4] |
| Defendants | |

Plaintiff VSolvit, LLC filed this action against Sohum Systems, LLC and Creative Information Technology, Inc., alleging violations of the parties' "teaming agreement" to partner on a government contract.[1] According to the complaint, the teaming agreement required exclusivity among the parties with respect to the bid, but the defendants breached the exclusivity clause when they terminated the agreement and announced they would be pursuing the bid without VSolvit.[2] VSolvit also alleges that the defendants have continued to access its confidential information related to the bid.[3]

VSolvit moves for a temporary restraining order and preliminary injunction enjoining the defendants from submitting a bid proposal and compelling them to continue working exclusively with VSolvit for this contract.[4] It alleges that the United States Department of Agriculture—the government agency accepting bids for the contract—is expected to release the bid request for this job "within weeks."[5]

---

[1] ECF No. 1.
[2] *Id.* at ¶ 67.
[3] *Id.* at ¶ 78.
[4] ECF No. 3; ECF No. 4.
[5] ECF No. 1 at ¶ 91.

I find good cause to direct an expedited response to VSolvit's motions. So,

IT IS HEREBY ORDERED that **VSolvit must serve copies of the complaint, the motions for a temporary restraining order and preliminary injunction, and this order on each defendant by noon on Friday, March 31, 2023**.

IT IS FURTHER ORDERED that **Sohum Systems, LLC and Creative Information Technology, Inc. must file a response to VSolvit's motions for a temporary restraining order [ECF No. 3] and preliminary injunction [ECF No. 4] within 7 days of service**. VSolvit may file a reply within 5 days of service of the response.

_____
U.S. District Judge Jennifer A. Dorsey
March 29, 2023