KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendants Sohum Systems, LLC and Creative Information Technology, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VSOLVIT LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SOHUM SYSTEMS, LLC, a Kansas limited liability company; and CREATIVE INFORMATION TECHNOLOGY, INC., a Maryland corporation,<br><br>Defendants. | Case No. 2:23-cv-00454-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND**<br><br>**(FIRST REQUEST)**<br><br>ECF Nos. 3, 4, 13 |

Plaintiff VSolvit LLC and defendants Sohum Systems, LLC ("Sohum") and Creative Information Technology, Inc. ("CITI") (collectively "defendants") stipulate to extend the deadline ordered by the Court (ECF No. 10) for the defendants to respond to the Motions for Temporary Restraining Order and Preliminary Injunction (ECF Nos. 3 and 4) from April 7, 2023 until April 12, 2023.

This is the first extension sought in connection with this deadline. Defendants seek this extension to accommodate the Good Friday and Easter

1  holidays and pre-existing travel and obligations their counsel have associated with
2  those holidays.

3  THE VERSTANDIG LAW FIRM, LLC

KAEMPFER CROWELL

5  /s/ Matthew E. Feinberg

Maurice B. VerStandig, No. 15346
1452 West Horizon Ridge Parkway
Suite 665
Henderson, Nevada 89012

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

PILIERO MAZZA PLLC
Matthew E. Feinberg *(pro hac vice)*
Todd Reinecker *(pro hac vice)*
Mansitan Sow *(pro hac vice)*
Matthew T. Healy *(pro hac vice)*
1001 G Street, NW
Suite 1100
Washington, D.C. 20001

Attorneys for Defendants Sohum Systems, LLC and Creative Information Technology, Inc.

Attorneys for Plaintiff
VSolvit LLC

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
April 5, 2023