# EXHIBIT 3

Maurice VerStandig, Esq.
Nevada Bar No.: 15346
**THE VERSTANDIG LAW FIRM, LLC**
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Telephone: (301) 444-4600
Facsimile: (301) 444-4600
Email: *mac@mbvesq.com*

Matthew E. Feinberg (*pro hac vice*)
Todd Reinecker (*pro hac vice* motion pending)
Mansitan Sow (*pro hac vice* motion pending)
Matthew T. Healy (*pro hac vice* motion pending)
**PILIEROMAZZA PLLC**
1001 G Street, NW, Suite 1100
Washington, D.C. 20001
Telephone: (202) 857-1000
Email: *mfeinberg@pilieromazza.com*
Email: *treinecker@pilieromazza.com*
Email: *msow@pilieromazza.com*
Email: *mhealy@pilieromazza.com*

*Attorneys for Plaintiff, VSolvit LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VSOLVIT LLC, a Nevada limited liability company | Case Number 2:23-cv-00454-JAD-DJA |
| Plaintiff, | **DECLARATION OF JOAN BISH** |
| v. | |
| SOHUM SYSTEMS, LLC, a Kansas limited liability company | |
| and | |
| CREATIVE INFORMATION TECHNOLOGY, INC., a Maryland corporation, | |
| Defendants. | |

{00166177 }

1

I, Joan Bish, on oath, depose and state as follows:

1. I am an adult resident of Illinois, eighteen years of age or older at the time of this writing, and I am competent to testify as to the matters herein as set forth based on my own personal knowledge.

2. I am employed by Plaintiff, VSolvit, LLC, as a Proposal Manager. In that role, I am VSolvit's exclusive Proposal Manager for the United States Department of Agriculture ("USDA") FPAC Farm Programs Software Delivery ("Beech") Program.

3. In my role as Proposal Manager, I was integrally involved in VSolvit's pre-proposal efforts, and I am currently integrally involved in VSolvit's efforts to prepare a proposal to respond to the Beech Request for Proposals ("RFP").

4. In my role as Proposal Manager, I also have been involved in communications with VSolvit's teaming partners throughout the Beech pre-proposal preparations, including Sohum Systems, LLC ("Sohum"), Creative Information Technology, Inc. ("CITI"), and Science Applications International Corporation ("SAIC").

5. The Beech RFP is expected to be released as a task order under the Chief Information Officer – Solutions and Partners 3 Small Business multiple-award contract vehicle ("CIO-SP3 SB").

6. With regard to Beech, VSolvit executed a teaming agreement with Sohum and CITI on June 13, 2022.

7. Prior to executing the teaming agreement, both Sohum and CITI were aware that VSolvit was "other than small" given other prior contractual dealings, the terms for which were impacted by each party's size status.

8. On March 10, 2023, the USDA issued a draft Beech RFP. It is expected that the

{00166177 }

official RFP will be released imminently, likely within the next week.

9. A true and accurate copy of the draft Beech RFP is appended to VSolvit's Reply Brief as Exhibit 4.

10. I have reviewed the draft Beech RFP in its entirety.

11. The draft Beech RFP does not require offerors to recertify their size for Beech.

12. At the time VSolvit entered into a teaming agreement with Sohum and CITI, only VSolvit held a CIO-SP3 SB contract.

13. Sohum never informed me or any member of the proposal team that it was pursuing an acquisition of a CIO-SP3 SB contract vehicle in order to serve as a prime bidder on Beech.

14. Beginning in April 2022, VSolvit began discussing win themes for the Beech contract with Sohum and CITI.

15. In September 2022, formal pre-proposal work commenced, and preparations for the Beech proposal ramped up.

16. Given the importance and complexity of the Beech contract, months of planning and collaboration are required to put forth a quality proposal that has a chance of winning award.

17. VSolvit led proposal preparation efforts and contributed significantly to the development of the team's win strategy, including, but not limited to: (a) providing prior experience write-ups on VSolvit contracts and a detailed skill set matrix that outlined VSolvit's strengths and weaknesses in relation to Beech; and (b) developing a new, proprietary key personnel resume template that provides an advantage over competitors by streamlining Government review.

18. SAIC proposed a Solutions Team, an integral part of VSolvit's approach, that

{00166177}

allows for an efficient and flexible approach to the support of the portfolio which USDA specifically called out.

19. SAIC also provided key personnel resumes and prior experience write-ups on SAIC contracts.

20. VSolvit also contributed significantly to a technical outline that documented the VSolvit Team's technical solution, win themes that documented challenges and mitigation strategies, and a staffing plan that outlined team composition, roles and responsibilities.

21. On October 6, 2022, VSolvit created a Google share drive for purposes of storing confidential and proprietary information, including proposal-related documents, for Beech.

22. As of January 2023, each teaming partner could access VSolvit's confidential and proprietary information in VSolvit's subfolder.

23. On February 9, 2023, CITI and Sohum terminated the parties' teaming agreement and withdrew from the team.

24. Thereafter, on March 1, 2023, VSolvit held a virtual meeting to discuss its technical outline. VSolvit had been working on this outline since February 14, 2023 (after CITI and Sohum's withdrawal). Therefore, VSolvit's technical outline contained confidential and proprietary bid-related information to which CITI and Sohum did not contribute.

25. Despite the withdrawal and termination, Srinivas Moshugu, Sohum's CEO, accessed VSolvit's technical outline during the meeting. Mr. Moshugu's access to the technical outline was documented during the recorded video meeting by VSolvit's proposal team.

26. Concerned with further misappropriation and unauthorized access of VSolvit's confidential and proprietary proposal information, VSolvit conducted an internal audit of the share drive on March 14, 2023. VSolvit found that, after CITI and Sohum withdrew from the

{00166177 }

team, they inappropriately accessed a number of VSolvit confidential and proprietary proposal documents.

27. Specifically, from February 9, 2023 to February 15, 2023, Jacob Robertson, a Sohum employee, downloaded a large number of files from the share drive, including, but not limited to, complete and detailed resumes of SAIC key personnel, VSolvit's prior experience write ups, SAIC's prior experience write ups, and VSolvit's detailed skill set matrix.

28. Robertson reviewed documents in the share drive again on March 10, 2023.

29. Sohum's possession of VSolvit's prior experience write ups and skill set matrix would give Sohum a competitive advantage by knowing what strengths and weaknesses VSolvit has in regard to the Beech procurement, allowing Sohum to counter or copy VSolvit's strengths and call out VSolvit's weaknesses in Sohum's proposal to the USDA.

30. The SAIC resumes demonstrate the strength and relevancy of the personnel VSolvit were planning to propose as key personnel. Additionally, VSolvit developed a new key personnel resume template developed from VSolvit's past experiences and feedback from previous procurements. The template displays the resume in a manner not normally received by the government in a way which grants VSolvit an advantage over other companies by taking a different and more efficient approach to streamlining resumes. Sohum's and CITI's access to these documents allows them to copy and implement VSolvit's innovative resume style.

31. CITI and Sohum also participated in staffing discussions prior to their withdrawal where the team discussed creating and implementing a Solutions Team, which would be a shared resource used across the entire portfolio, allowing for an efficient and flexible approach to the support of the procurement, which is an area of concern specifically called out by the USDA.

32. CITI and Sohum having access to VSolvit's confidential and proprietary

{00166177}

information and being involved in discussions regarding potential solutions to be included in VSolvit's bid puts VSolvit at a competitive disadvantage if it is forced to compete for Beech without CITI and Sohum on its team and particularly if CITI and Sohum are permitted to compete on a different team.

33. Indeed, VSolvit is already at a significant disadvantage due to CITI's and Sohum's very late departure from the team, so close to the proposal due date.

34. VSolvit's proposal is dependent on the unique team of VSolvit, CITI, Sohum, and SAIC. Each team member has a specific contribution to the overall proposal that makes it impossible to simply replace a team member with a different company, particularly so close to the proposal deadline. Over the course of many months, VSolvit developed a technical solution and win strategy that involved CITI and Sohum, taking into account their unique value proposition of prior experience, past performance, and customer insight.

35. For example, teaming with CITI and Sohum would have allowed VSolvit to have a 90% retention rate of incumbent staff performing the work contemplated under the Beech procurement. This is an unparalleled level of insight into an overwhelming majority of the consolidated contracts that make up Beech and would offer the lowest risk to the Government, offering almost no interruption to the current work being performed. Without the staff from CITI and Sohum, this significantly diminishes VSolvit's overall win probability.

36. While SAIC does perform some current work for the USDA, it does not perform work under areas that CITI and Sohum do, so SAIC does not have the same insights that CITI and Sohum can provide. Therefore, a team consisting of SAIC and VSolvit alone cannot address how to organize all five programs that were previously performed under separate contracts into working efficiently under one umbrella in a manner as effective as a team with VSolvit, Sohum,

{00166177 }

6

CITI, and SAIC would.

37. In this regard, Sohum and CITI were and are critical to the potential success of the VSolvit team in its bid for the Beech contract. Without Sohum and CITI's involvement in proposal preparation and contract performance, VSolvit and SAIC will be unable to offer the same level of service to the Government than they could if all four companies were working together.

38. Ultimately, a team comprised of VSolvit, Sohum, CITI, and SAIC offers the best opportunity for award for all involved.

I certify under penalty of perjury that the foregoing statements is true and correct.

Executed on this __20th__ day of April 2023.

_____
Joan Bish

{00166177 }