**Marquis Aurbach**
Christian T. Balducci, Esq.
Nevada Bar No. 12688
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email: cbalducci@maclaw.com

Maurice VerStandig
Nevada Bar No. 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Telephone: (301) 444-4600
Email: mac@mbvesq.com

Matthew E. Feinberg (*pro hac vice*)
Todd Reinecker (*pro hac vice*)
Mansitan Sow (*pro hac vice*)
Matthew T. Healy (*pro hac vice*)
**PILIEROMAZZA PLLC**
1001 G Street, NW, Suite 1100
Washington, D.C. 20001
Telephone: (202) 857-1000
Email: mfeinberg@pilieromazza.com
Email: treinecker@pilieromazza.com
Email: msow@pilieromazza.com
Email: mhealy@pilieromazza.com

*Attorneys for Plaintiff, VSolvit LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VSOLVIT LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>SOHUM SYSTEMS, LLC, et al.<br><br>Defendants. | Case Number 2:23-cv-00454-JAD-DJA<br><br>**NOTICE OF APPEARANCE** |

MAC:00002-295 5562552_1 8/1/2024 12:55 PM

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christian T. Balducci, Esq. of the law firm of Marquis Aurbach, is hereby appearing as local counsel of record for Plaintiff, VSolvit, LLC ("VSolvit" or "Plaintiff"), in the above-captioned action.

Dated this 1st day of August 2024.

**MARQUIS AURBACH**

/s/ *Christian T. Balducci*
Christian T. Balducci, Esq.
Nevada Bar No. 12688
10001 Park Run Drive
Las Vegas, Nevada 89145

Maurice VerStandig
Nevada Bar No. 15346
**THE VERSTANDIG LAW FIRM, LLC**
1452 W. Horizon Ridge Pkway, #665
Henderson, Nevada 89012

Matthew E. Feinberg (*pro hac vice*)
Todd Reinecker (*pro hac vice*)
Mansitan Sow (*pro hac vice*)
Matthew T. Healy (*pro hac vice*)
**PILIEROMAZZA PLLC**
1001 G Street, NW, Suite 1100
Washington, D.C. 20001

*Attorneys for Plaintiff, VSolvit LLC.*

MAC:00002-295 5562552_1 8/1/2024 12:55 PM

# CERTIFICATE OF SERVICE

On August 1, 2024, I certify that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will electronically notify all counsel of record.

Thomas Brownell, Esq.
**HOLLAND & KNIGHT, LLP**
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102

Robert R. McCoy, Esq.
**KAEMPFER CROWELL, LTD**
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Shimora L. Graves, Esq.
**KAEMPFER CROWELL, LTD**
50 West Liberty Street, Suite 700
Reno, Nevada 89501

/s/  *Kellie Piet*
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711   FAX: (702) 382-5816