**Marquis Aurbach**
Christian T. Balducci, Esq.
Nevada Bar No. 12688
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email: cbalducci@maclaw.com

Maurice VerStandig
Nevada Bar No. 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Telephone: (301) 444-4600
Email: mac@mbvesq.com

Matthew E. Feinberg (*pro hac vice*)
Todd Reinecker (*pro hac vice*)
Mansitan Sow (*pro hac vice*)
Matthew T. Healy (*pro hac vice*)
PILIEROMAZZA PLLC
1001 G Street, NW, Suite 1100
Washington, D.C. 20001
Telephone: (202) 857-1000
Email: mfeinberg@pilieromazza.com
Email: treinecker@pilieromazza.com
Email: msow@pilieromazza.com
Email: mhealy@pilieromazza.com

*Attorneys for Plaintiff, VSolvit LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VSOLVIT LLC, a Nevada limited liability company | Case Number 2:23-cv-00454-JAD-DJA |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| SOHUM SYSTEMS, LLC, et al. | |
| Defendants. | |

MAC:00002-295 5561752_1 8/1/2024 12:56 PM

**JOINT STATUS REPORT**

Plaintiff, VSolvit, LLC ("VSolvit" or "Plaintiff"), in the above-captioned action, by and through its undersigned counsel, submits this Joint Status Report on behalf of itself and Defendants, Sohum Systems, LLC ("Sohum") and Creative Information Technology, Inc. ("CITI") (collectively, "Defendants"), and state as follows:

1.    On or about March 27, 2023, Plaintiff filed the instant matter for anticipatory breach of contract and breach of the implied covenant of good faith and fair dealing, ECF No. 1, and sought a temporary restraining order and preliminary injunction to prevent Defendants from competing against Plaintiff for a federal government contract with the United States Department of Agriculture ("USDA") in violation of certain exclusivity clauses in teaming agreements entered into between the parties, ECF Nos. 3, 4.

2.    On or about April 21, 2023, Defendants filed an Answer to the Complaint. ECF No. 29.

3.    On or about May 9, 2023, this Court denied the motions for temporary restraining order and preliminary injunction, finding that Plaintiff was likely to succeed on the merits of its causes of action, but Plaintiff's harm was redressable by a remedy at law. ECF No. 33.

4.    On or about June 13, 2023, the parties jointly moved to stay the litigation pending the outcome of related bid protest proceedings initiated by Plaintiff in the Government Accountability Office ("GAO"), and that motion was granted.  ECF Nos. 34, 35.

5.    The parties moved to extend that stay on two subsequent occasions due to ongoing GAO protest proceedings and corrective action taken by the USDA in response thereto.  ECF Nos. 36, 38.  The Court granted both motions.  ECF Nos. 37, 39.

6.    The most recent order, ECF No. 39, dated February 2, 2024, extended the stay to August 1, 2024 "to allow the USDA's corrective action process to be completed."

7.    Following the date of that order, on February 23, 2024, Plaintiff VSolvit filed a new protest of the corrective action proposed by the Agency.  Following that protest,

MAC:00002-295 5561752_1 8/1/2024 12:56 PM

MARQUIS AURBACH

10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

on March 23, 2024, the USDA gave a further Notice of Corrective Action, stating that it intended to cancel the Beech solicitation, in order "to allow [the Farm Service Agency] to reevaluate the requirement for a combined operations and maintenance and software modernization solution."  Finally, by Modification No. 0007, signed by the Contracting Officer on April 5, 2024, the Agency canceled the Beech Solicitation in its entirety.

8.      As of the date of this filing, to the best of the parties' understanding, the USDA's corrective action process is still ongoing, and the Agency may, sometime in the near future, issue a new solicitation for the work covered by Beech.

9.      Plaintiff contends that, given the current status of the procurement, it can proceed with its claim for damages at this time.

10.     Defendants disagree, contending that, regardless of what further action USDA may take, the cancelation of the Beech solicitation renders Plaintiff's action in this case moot, and in the alternative, that Plaintiff cannot prove its alleged damages.

11.     Nevertheless, the parties are in agreement that this action may now proceed. Plaintiff wishes to file an Amended Complaint.  Defendants will then need to file an Answer or dispositive motion in response to the Amended Complaint.

12.     Accordingly, the parties propose the following schedule for the filing of those pleadings:

> Plaintiff's Amended Complaint Due            August 30, 2024
>
> Defendants' Answer or Motion to Dismiss      September 27, 2024

13.     Following the filing of these pleadings, and the resolution of any dispositive motion, the parties propose to proceed with this matter in the normal course (i.e., with a Rule 26(f) Conference and scheduling order, etc.).

/ / /

/ / /

/ / /

/ / /

/ / /

MAC:00002-295 5561752_1 8/1/2024 12:56 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

WHEREFORE, the parties respectfully request that the Court enter an Order establishing a deadline of August 30, 2024 for the filing of Plaintiff's Amended Complaint and a deadline of September 27, 2024 for the filing of Defendant's responsive pleading.

Dated this 1st day of August, 2024.

**MARQUIS AURBACH**                                    **HOLLAND & KNIGHT**


/s/ *Christian T. Balducci*                                 /s/  *Thomas Brownell*
Christian T. Balducci, Esq.                             Thomas Brownell (*pro hac vice*)
Nevada Bar No. 12688                                   1650 Tysons Blvd, Suite 1700
10001 Park Run Drive                                    Tysons, VA 22102
Las Vegas, Nevada  89145

Maurice VerStandig                                     Robert McCoy
Nevada Bar No. 15346                                   Nevada Bar No. 9121
**THE VERSTANDIG LAW FIRM, LLC**            Sihomara L. Graves
1452 W. Horizon Ridge Pkway, #665              Nevada Bar No. 13239
Henderson, Nevada 89012                            **KAEMPFER CROWELL**
                                                                    1980 Festival Plaza Drive, Suite 650
                                                                    Las Vegas, NV 89135
Matthew E. Feinberg (*pro hac vice*)
Todd Reinecker (*pro hac vice*)                     *Attorneys for Sohum Systems, LLC and*
Mansitan Sow (*pro hac vice*)                        *Creative Information Technology, Inc.*
Matthew T. Healy (*pro hac vice*)
**PILIEROMAZZA PLLC**
1001 G Street, NW, Suite 1100
Washington, D.C. 20001

*Attorneys for Plaintiff, VSolvit LLC*

MAC:00002-295 5561752_1 8/1/2024 12:56 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## CERTIFICATE OF SERVICE

On August 1, 2024, I certify that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will electronically notify all counsel of record.

Thomas Brownell, Esq.
**HOLLAND & KNIGHT, LLP**
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102

Robert R. McCoy, Esq.
**KAEMPFER CROWELL, LTD**
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Shimora L. Graves, Esq.
**KAEMPFER CROWELL, LTD**
50 West Liberty Street, Suite 700
Reno, Nevada 89501

/s/ *Kellie Piet*_____
An employee of Marquis Aurbach

MAC:00002-295 5561752_1 8/1/2024 12:56 PM