# EXHIBIT 1

## USDA Notice of Corrective Action
January 9, 2024



| | | |
|---|---|---|
| United States | Office of the | 1400 Independence Ave., SW |
| Department of | General | Mail Stop 1415 |
| Agriculture | Counsel | Washington, DC 20250 |

**VIA EPDS**

January 9, 2024

Procurement Law Control Group
Office of the General Counsel
U.S. Government Accountability Office
441 G Street, N.W.
Washington, D.C. 20548

    RE:    Protest of VSolvit, LLC - B-422114.1, B-422114.2
             Notice of Corrective Action

Dear Mr. Wolcott:

In accordance with the Government Accountability Office ("GAO") Bid Protest Regulations, 4 C.F.R. Part 21, the United States Department of Agriculture ("USDA" or "Agency"), through its counsel, hereby notifies the GAO of the Agency's intent to take corrective action in the protest of VSolvit, LLC.

The Agency will recompete Phase II of Solicitation #123144-23-R-0009 for Farm Programs Delivery Services Solution. The Agency will issue an amended Solicitation to the offerors who participated in Phase II. Each offeror will be invited to submit a revised price proposal and to participate in an oral presentation.

Because this corrective action may result in the selection of a different awardee, the agency requests that GAO dismiss the protest as academic.

                                      Respectfully submitted,

                                      /s/Azine Farzami
                                      Counsel for USDA