# EXHIBIT 2

USDA Notice of Corrective Action
March 23, 2024



| | | |
|---|---|---|
| United States Department of Agriculture | Office of the General Counsel | 1400 Independence Ave., SW<br>Mail Stop 1415<br>Washington, DC 20250 |

**VIA EPDS**

March 23, 2024

Procurement Law Control Group
Office of the General Counsel
U.S. Government Accountability Office
441 G Street, N.W.
Washington, D.C. 20548

      RE:    **Protest of VSolvit, LLC - B-422114.4**
               **Notice of Corrective Action**

Dear Mr. Wolcott:

      In accordance with the Government Accountability Office ("GAO") Bid Protest Regulations, 4 C.F.R. Part 21, the United States Department of Agriculture ("USDA" or "Agency"), through its counsel, hereby notifies the GAO of the Agency's intent to take corrective action in the protest of VSolvit, LLC.

      The Farm Service Agency ("FSA"), through the Farm Production and Conservation ("FPAC") Business Center, has requested that the USDA Office of Contracting and Procurement ("OCP") cancel Task Order Request for Proposals No. 12314423R0009 ("TORP") for Farm Programs Software Delivery Services, also referred to as "Beech," to allow FSA to reevaluate the requirement for a combined operations and maintenance and software modernization solution.

      The Further Additional Continuing Appropriations and Other Extensions Act, 2024, Pub. L. No. 118–22, temporarily extended the FSA loan, conservation, disaster assistance, and other programs authorized in the Agriculture Improvement Act of 2018 ("Farm Bill") through

2

September 30, 2024.  *See*, *e.g.*, 89 Fed. Reg. 15117 (Mar. 1, 2024).  In light of the temporary extension of the Farm Bill in lieu of a five-year bill, FSA plans to conduct relevant market research and re-evaluate its software needs for fiscal year 2025.  In addition, OCP plans to cancel the TORP and revisit its proposal evaluation strategy to ensure that OCP is best positioned to offer a solicitation that meets FSA's future needs and budget.

      Because this corrective action may result in the selection of a different awardee, the Agency requests that GAO dismiss the protest as academic.

                              Respectfully submitted,

                              /s/Azine Farzami
                              Counsel for USDA