# EXHIBIT 3

## Amendment No. 7 to Beech Solicitation
April 5, 2024

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|---|
| | | 1 | 4 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0007 | 02/05/2024 | | |

| 6. ISSUED BY | CODE | DASO-OCP-POD-AMB- | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

USDA, DM/OCP/POD/AMB, POD Acq Mgmt
Acquisition Management Branch-CO
301 S. Howes St., Suite 321
Fort Collins CO 80521-2795

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

(x)

| | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 12314423R0009 |
| x | 9B. DATED *(SEE ITEM 11)* |
| | 06/16/2023 |
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | |
| | 10B. DATED *(SEE ITEM 13)* |

| CODE | FACILITY CODE |
|---|---|

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☒ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers    ☒ is extended.   ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers.   FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted , such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.  IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)*  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:**     Contractor     ☐ is not     ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

This Amendment is being issued to cancel this requirement in its entirety.
(End of Amendment)

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| | LEROY H. WHITE |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| _____ | | Leroy White *Digitally signed by Leroy White Date: 2024.04.05 11:40:40 -06'00'* | |
| *(Signature of person authorized to sign)* | | *(Signature of Contracting Officer)* | |

Previous edition unusable

STANDARD FORM 30 (REV. 11/2016)
Prescribed by GSA FAR (48 CFR) 53.243

Case 2:23-cv-00454-JAD-DJA   Document 45-3   Filed 09/27/24   Page 3 of 5

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Period of Performance: 04/01/2024 to 03/02/2025 | | | | |
| 0001 | Initial Capacity - Farm Programs Software Delivery Services (Beech) solution.<br>Product/Service Code:  DF01<br>Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br>FOB: Destination<br>Period of Performance: 05/27/2024 to 03/02/2025 | | | | |
| 0002 | Transition In - Farm Programs Software Delivery Services (Beech) solution<br>Product/Service Code:  DF01<br>Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br>FOB: Destination<br>Period of Performance: 04/01/2024 to 05/26/2024 | | | | |
| 0003 | NITAAC Fee - Base - Option Period 9<br>Product/Service Code:  DF01<br>Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br>FOB: Destination | | | | |
| 0004 | Surge Capacity for Emerging Needs (LH)- Farm Programs Software Delivery Services (Beech) solution. Shall not exceed 25% of the contract value.<br>(Option Line Item)<br>Product/Service Code:  DF01<br>Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br>FOB: Destination<br>Period of Performance: 05/27/2024 to 03/02/2025 | | | | |
| 0005 | Additional Software Delivery Capacity (FFP)- Farm Programs Software Delivery Services (Beech) solution. Shall not exceed 25% of the contract value.<br>(Option Line Item)<br>Product/Service Code:  DF01<br>Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br>FOB: Destination<br>Period of Performance: 05/27/2024 to 03/02/2025 | | | | |
| 1001 | Option 1 - Farm Programs Software Delivery Services (Beech) solution<br>(Option Line Item)<br>Product/Service Code:  DF01<br>Continued ... | | | | |

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br><br>FOB: Destination<br>Period of Performance: 03/03/2025 to 08/31/2025 | | | | |
| 2001 | Option 2 - Farm Programs Software Delivery Services (Beech) solution<br>(Option Line Item)<br>Product/Service Code:  DF01<br>Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br><br>FOB: Destination<br>Period of Performance: 09/01/2025 to 03/01/2026 | | | | |
| 3001 | Option 3 - Farm Programs Software Delivery Services (Beech)solution<br>(Option Line Item)<br>Product/Service Code:  DF01<br>Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br><br>FOB: Destination<br>Period of Performance: 03/02/2026 to 08/30/2026 | | | | |
| 4001 | Option 4 - Farm Programs Software Delivery Services (Beech)solution<br>(Option Line Item)<br>Product/Service Code:  DF01<br>Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br><br>FOB: Destination<br>Period of Performance: 08/31/2026 to 02/28/2027 | | | | |
| 5001 | Option 5 - Farm Programs Software Delivery Services (Beech)solution<br>(Option Line Item)<br>Product/Service Code:  DF01<br>Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br><br>FOB: Destination<br>Period of Performance: 03/01/2027 to 08/29/2027 | | | | |
| 6001 | Option 6 - Farm Programs Software Delivery Services (Beech)solution<br>(Option Line Item)<br>Product/Service Code:  DF01<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED 12314423R0009/0007 | | | PAGE 4 | OF 4 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br><br>FOB: Destination<br>Period of Performance: 08/30/2027 to 02/27/2028 | | | | |
| 7001 | Option 7 - Farm Programs Software Delivery Services (Beech)solution<br>(Option Line Item)<br>Product/Service Code:  DF01<br>Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br><br>FOB: Destination<br>Period of Performance: 02/28/2028 to 08/27/2028 | | | | |
| 8001 | Option 8 - Farm Programs Software Delivery Services (Beech)solution<br>(Option Line Item)<br>Product/Service Code:  DF01<br>Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br><br>FOB: Destination<br>Period of Performance: 08/28/2028 to 02/25/2029 | | | | |
| 9001 | Option 9 - Farm Programs Software Delivery Services (Beech)solution<br>(Option Line Item)<br>Product/Service Code:  DF01<br>Product/Service Description: IT AND TELECOM - IT MANAGEMENT SUPPORT SERVICES (LABOR)<br><br>FOB: Destination<br>Period of Performance: 02/26/2029 to 08/26/2029 | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110