**Marquis Aurbach**
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Tabetha J. Steinberg, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email: cbalducci@maclaw.com
Email: tsteinberg@maclaw.com

Maurice VerStandig
Nevada Bar No. 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Telephone: (301) 444-4600
Email: mac@mbvesq.com

Matthew E. Feinberg (*pro hac vice*)
Todd Reinecker (*pro hac vice*)
Mansitan Sow (*pro hac vice*)
Matthew T. Healy (*pro hac vice*)
**PILIEROMAZZA PLLC**
1001 G Street, NW, Suite 1100
Washington, D.C. 20001
Telephone: (202) 857-1000
Email: mfeinberg@pilieromazza.com
Email: treinecker@pilieromazza.com
Email: msow@pilieromazza.com
Email: mhealy@pilieromazza.com
*Attorneys for Plaintiff, VSolvit LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VSOLVIT LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>SOHUM SYSTEMS, LLC and CREATIVE INFORMATION TECHNOLOGY, INC., a Maryland corporation<br><br>Defendants. | Case Number 2:23-cv-00454-JAD-DJA<br><br>**PLAINTIFF VSOLVIT LLC'S NOTICE OF ASSOCIATION OF COUNSEL** |

MAC: 17787-001 (#5633396.1)

**PLAINTIFF VSOLVIT LLC'S NOTICE OF ASSOCIATION OF COUNSEL**

NOTICE IS HEREBY GIVEN that Tabetha J. Steinberg, Esq. of the law firm Marquis Aurbach hereby associates in as counsel of record, together with Christian T. Balducci, Esq. of the law firm of Marquis Aurbach, on behalf of Plaintiff, VSolvit LLC, in the above-captioned matter.

Dated this 30th day of September 2024.

**MARQUIS AURBACH**

/s/ *Tabetha J. Steinberg*
Christian T. Balducci, Esq.
Nevada Bar No. 12688
Tabetha J. Steinberg, Esq.
Nevada Bar No. 16756
10001 Park Run Drive
Las Vegas, Nevada 89145

Maurice VerStandig
Nevada Bar No. 15346
**THE VERSTANDIG LAW FIRM, LLC**
1452 W. Horizon Ridge Pkway, #665
Henderson, Nevada 89012

Matthew E. Feinberg (*pro hac vice*)
Todd Reinecker (*pro hac vice*)
Mansitan Sow (*pro hac vice*)
Matthew T. Healy (*pro hac vice*)
**PILIEROMAZZA PLLC**
1001 G Street, NW, Suite 1100
Washington, D.C. 20001

*Attorneys for Plaintiff, VSolvit LLC.*

MAC: 17787-001 (#5633396.1)

# CERTIFICATE OF SERVICE

On September 30, 2024, I certify that a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will electronically notify all counsel of record.

Thomas Brownell, Esq.
**HOLLAND & KNIGHT, LLP**
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102

Robert R. McCoy, Esq.
**KAEMPFER CROWELL, LTD**
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Shimora L. Graves, Esq.
**KAEMPFER CROWELL, LTD**
50 West Liberty Street, Suite 700
Reno, Nevada 89501

/s/ *Kellie Piet*
An employee of Marquis Aurbach