Christian T. Balducci, Esq.
Nevada Bar No. 12688
Tabetha J. Steinberg, Esq.
Nevada Bar No. 16756
**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email: *cbalducci@maclaw.com*
Email: *tsteinberg@maclaw.com*

Maurice VerStandig
Nevada Bar No. 15346
**THE VERSTANDING LAW FIRM, LLC**
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Telephone: (301) 444-4600
Email: *mac@mbvesq.com*

Matthew E. Feinberg (*pro hac vice*)
Todd Reinecker (*pro hac vice*)
Mansitan Sow (*pro hac vice*)
Matthew T. Healy (*pro hac vice*)
**PILIEROMAZZA PLLC**
1001 G Street, NW, Suite 1100
Washington, D.C. 20001
Telephone: (202) 857-1000
Email: *mfeinberg@pilieromazza.com*
Email: *treinecker@pilieromazza.com*
Email: *msow@pilieromazza.com*
Email: *mhealy@pilieromazza.com*
Attorneys for Plaintiff, VSolvit LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| VSOLVIT, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>SOHUM SYSTEMS, LLC, and CREATIVE INFORMATION TECHNOLOGY, INC., a Maryland corporation<br><br>Defendants. | Case Number 2:23-cv-00454-JAD-DJA<br><br>**STIPULATION AND ORDER TO AMEND THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**FIRST REQUEST** |

MAC: 17787-001 (#5646918.4)

      Pursuant to Local Rules IA 6-1 and IA 6-2, Plaintiff, VSolvit, LLC ("Plaintiff" or "VSolvit"), by and through its counsel of record, Christian T. Balducci, Esq., of the law firm Marquis Aurbach, and Defendants, Sohum Systems, LLC ("Sohum"), and Creative Information Technology, Inc. ("CITI") (collectively "Defendants"), by and through their counsel of record, Thomas Brownell, Esq., of the law firm Holland & Knight and Robert McCoy, Esq., and Sihomara L. Graves, Esq., of the law firm Kaempfer Crowell, hereby stipulate and agree Plaintiff shall have up to and including **October 18, 2024** to file an Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint. The present deadline for Plaintiffs to file their Opposition is October 11, 2024, and no hearing has been set regarding Defendants' Motion to Dismiss Plaintiff's Amended Complaint. This is the Parties' first stipulation for extension of time for Plaintiff to file their Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

      In support of this Stipulation, the Parties state as follows:

1. On or about March 27, 2023, VSolvit commenced this action through the filing of its Complaint, alleging anticipatory breach of contract and breach of the implied covenant of good faith and fair dealing. ECF No. 1. VSolvit contemporaneously sought a temporary restraining order and preliminary injunction to prevent Defendants from competing against it for a federal government contract with the United States Department of Agriculture ("USDA"). ECF Nos. 3, 4.

2. On or about April 21, 2023, Defendants answered the Complaint. ECF No. 29.

3. On or about May 9, 2023, the Court denied VSolvit's motions for temporary restraining order and preliminary injunction. ECF No. 33.

4. On or about June 13, 2023, the Parties jointly moved to stay the litigation pending the outcome of related bid protest proceedings initiated by Plaintiff in the Government Accountability Office ("GAO"), and that motion was granted. ECF Nos. 34, 35.

5. On or about August 1, 2024, the stay, which had been extended twice, ECF Nos. 35, 39, was lifted and the Parties submitted a joint status report, advising "this action may now proceed." ECF No. 41 at 3, ¶ 11.

MAC: 17787-001 (#5646918.4)

6. On or about August 30, 2024, the Parties filed a stipulation for leave to file an amended complaint, which was granted. ECF Nos. 42, 43.

7. On September 24, 2024, Plaintiff amended its Complaint (the "Amended Complaint"), alleging (1) breach of contract; (2) breach of the implied covenant of good faith and fair dealing; (3) misappropriation of trade secrets in violation of 18 U.S.C. §§ 1836, *et seq.*; and (4) misappropriation of trade secrets in violation of Nev. Rev. Stat. §§ 600A.101, *et seq.* ECF No. 44. Each count was asserted against Sohum and CITI. *Id.*

8. On September 27, 2024, Defendants moved to dismiss Counts I and II of the Amended Complaint ("the Motion"), specifically, VSolvit's breach of contract claim and VSolvit's breach of the implied covenant of good faith and fair dealing claim. ECF No. 45. Plaintiff's Opposition to the Motion is thus presently due October 11, 2024.

9. On or about October 10, 2024, the Parties, through counsel, discussed amending the briefing schedule for the Motion due to the pressing matter of other business. Specifically, it was agreed that Plaintiff's Opposition to the Motion shall be due on or before October 18, 2024 and that Defendants' Reply in Support of the Motion shall be due on or before November 1, 2024.

10. Based on the foregoing, the Parties respectfully request that the Court amend the briefing schedule for the Motion as follows:

| Event | Due Date |
| --- | --- |
| Plaintiff's Opposition to Defendants' Motion to Dismiss | Friday, October 18, 2024 |
| Defendants' Reply in Support of their Motion to Dismiss | November 1, 2024 |

11. No prejudice will result to either party in the event the briefing schedule for the Motion is amended as set forth in paragraph 10 herein.

/ / /

/ / /

/ / /

MAC: 17787-001 (#5646918.4)

12. This Stipulation is made in good faith and not for the purposes of delay.

Dated this 11th day of October 2024.

| **MARQUIS AURBACH** | **HOLLAND & KNIGHT** |
|---|---|
| /s/ *Christian T. Balducci* | /s/ *Thomas Brownell* |
| Christian T. Balducci, Esq. | Thomas Brownell (*pro hac vice*) |
| Nevada Bar No. 12688 | 1650 Tysons Blvd, Suite 1700 |
| 10001 Park Run Drive | Tysons, VA 22102 |
| Las Vegas, Nevada 89145 | |
| | Robert McCoy |
| Maurice VerStandig | Nevada Bar No. 9121 |
| Nevada Bar No. 15346 | Sihomara L. Graves |
| **THE VERSTANDIG LAW FIRM, LLC** | Nevada Bar No. 13239 |
| 1452 W. Horizon Ridge Pkway, #665 | **KAEMPFER CROWELL** |
| Henderson, Nevada 89012 | 1980 Festival Plaza Drive, Suite 650 |
| | Las Vegas, NV 89135 |
| Matthew E. Feinberg (*pro hac vice*) | *Attorneys for Sohum Systems, LLC and* |
| Todd Reinecker (*pro hac vice*) | *Creative Information Technology, Inc.* |
| Mansitan Sow (*pro hac vice*) | |
| Matthew T. Healy (*pro hac vice*) | |
| **PILIEROMAZZA PLLC** | |
| 1001 G Street, NW, Suite 1100 | |
| Washington, D.C. 20001 | |
| *Attorneys for Plaintiff, VSolvit LLC* | |

## ORDER

IT IS SO ORDERED:

_____
UNITED STATS DISTRICT JUDGE

Dated: _____

MAC: 17787-001 (#5646918.4)