KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

HOLLAND & KNIGHT
Thomas Brownell (*pro hac vice*)
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Telephone: (703) 720-8690
Facsimile: (703) 720-8610
Email: thomas.brownell@hklaw.com

Attorneys for Defendants Sohum Systems, LLC and Creative Information Technology, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VSOLVIT LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SOHUM SYSTEMS, LLC, a Kansas limited liability company; and CREATIVE INFORMATION TECHNOLOGY, INC., a Maryland corporation,<br><br>Defendants. | Case No. 2:23-cv-00454-JAD-DJA<br><br>**STIPULATION TO TEMPORARILY STAY DISCOVERY PENDING MEDIATION** |

Plaintiff VSolvit LLC and defendants Sohum Systems, LLC and Creative Information Technology, Inc. (collectively "the Parties") stipulate to stay discovery in this case for 90 days to allow the parties to mediate the claims in this case. The parties submit that good cause exists for this temporary stay for the following reasons:

1. Over the past several weeks, the Parties' counsel have been discussing potential settlement scenarios and how to best pursue fruitful settlement negotiations. These discussions have included settlement offers from both sides.

2. While these discussions have not resulted in a settlement, the Parties believe that engaging the services of a third-party neutral will beneficially advance these settlement negotiations.

3. While the Parties have not yet agreed upon the date for mediation and finalized agreement on a mediator, they are in advanced discussions on these issues and anticipate reaching agreement on them in short order.

4. Given the current discovery schedule (ECF No. 52), the Parties will need to complete multiple depositions and other discovery before the impending discovery deadline.

5. The Parties believe it would be beneficial to advancing settlement discussions if the Parties could avoid the time and expense of the remaining discovery pending mediation.

6. The Parties believe Fed. R. Civ. P. 1's goal of a "just, speedy, and inexpensive determination of every action and proceeding" is best met by this temporary stay to conserve judicial and party resources.

7. If mediation does not successfully resolve all of the Parties' claims, the Parties will file a joint status report with the court at the expiration of the stay.

8. If mediation is successful, the Parties will report as much to the Court and submit the appropriate dismissal paperwork.

| MARQUIS AURBACH | KAEMPFER CROWELL |
|---|---|
| /s/ Christian T. Balducci | [signature] |
| Christian T. Balducci, No. 12688<br>Tabetha J. Steinberg, No. 16756<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145 | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Matthew E. Feinberg *(pro hac vice)*<br>Todd Reinecker *(pro hac vice)*<br>Matthew T. Healy *(pro hac vice)*<br>PILIERO MAZZA PLLC<br>1001 G Street, NW, Suite 1100<br>Washington, D.C. 20001 | HOLLAND & KNIGHT<br>Thomas Brownell *(pro hac vice)*<br>1650 Tysons Boulevard, Suite 1700<br>Tysons, Virginia 22102 |
| Attorneys for Plaintiff VSolvit LLC | Attorneys for Defendants Sohum Systems, LLC and Creative Information Technology, Inc. |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____