KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

HOLLAND & KNIGHT
Thomas Brownell (*pro hac vice*)
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Telephone: (703) 720-8690
Facsimile: (703) 720-8610
Email: thomas.brownell@hklaw.com

Attorneys for Defendants Sohum Systems, LLC and Creative Information Technology, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VSOLVIT LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SOHUM SYSTEMS, LLC, a Kansas limited liability company; and CREATIVE INFORMATION TECHNOLOGY, INC., a Maryland corporation, <br><br> Defendants. | Case No. 2:23-cv-00454-JAD-DJA <br><br> **STIPULATION TO EXTEND DISCOVERY STAY PENDING MEDIATION** <br><br> **(SECOND REQUEST)** |

Plaintiff VSolvit LLC and defendants Sohum Systems, LLC and Creative Information Technology, Inc. (collectively "the Parties") stipulate to extend the current stay of discovery ordered by the Court (ECF No. 59) for an additional 90 days to allow the parties to mediate the claims in this case. The parties submit that good cause exists for this extension for the following reasons:

1. The Parties have formally scheduled mediation to occur on February 17, 2026 in Washington, D.C. before the Honorable Jeri K. Somers (Ret.). Judge Somers is the former Chair/Chief Judge for the United States Civilian Board of Contract Appeals.

2. While the mediation is now formally scheduled, the logistics of coordinating available dates and the location for all involved took longer than the Parties originally anticipated, such that the mediation could not be completed during the current stay.

3. The Parties believe it would be beneficial to extend the current stay of discovery ordered in ECF No. 59 for an additional 90 days to avoid the time and expense of the remaining discovery while the Parties prepare for mediation.

4. The Parties believe Fed. R. Civ. P. 1's goal of a "just, speedy, and inexpensive determination of every action and proceeding" is best met by extending this stay to conserve judicial and party resources.

5. If mediation does not successfully resolve all of the Parties' claims, the Parties will file a joint status report with the court at the expiration of the stay.

6. If mediation is successful, the Parties will report as much to the Court and submit the appropriate dismissal paperwork.

| | | |
|---|---|---|
| 1 | MARQUIS AURBACH | KAEMPFER CROWELL |
| 2 | | |
| 3 | /s/ Christian T. Balducci<br>Christian T. Balducci, No. 12688 | Robert McCoy, No. 9121 |
| 4 | Tabetha J. Steinberg, No. 16756<br>10001 Park Run Drive | Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650 |
| 5 | Las Vegas, Nevada 89145 | Las Vegas, Nevada 89135 |
| 6 | Matthew E. Feinberg *(pro hac vice)*<br>Todd Reinecker *(pro hac vice)* | HOLLAND & KNIGHT<br>Thomas Brownell *(pro hac vice)* |
| 7 | Matthew T. Healy *(pro hac vice)*<br>PILIERO MAZZA PLLC | 1650 Tysons Boulevard, Suite 1700<br>Tysons, Virginia 22102 |
| 8 | 1001 G Street, NW, Suite 1100<br>Washington, D.C. 20001 | Attorneys for Defendants Sohum |
| 9 | Attorneys for Plaintiff VSolvit LLC | Systems, LLC and Creative<br>Information Technology, Inc. |

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/5/2025