Christian T. Balducci, Esq.
Nevada Bar No. 12688
Tabetha J. Steinberg, Esq.
Nevada Bar No. 16756
**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email: *cbalducci@maclaw.com*
Email: *tsteinberg@maclaw.com*

Matthew E. Feinberg, Esq. (*pro hac vice*)
Todd Reinecker, Esq. (*pro hac vice*)
Matthew T. Healy, Esq. (*pro hac vice*)
**PILIEROMAZZA PLLC**
1001 G Street, NW, Suite 1100
Washington, D.C. 20001
Telephone: (202) 857-1000
Email: *mfeinberg@pilieromazza.com*
Email: *treinecker@pilieromazza.com*
Email: *mhealy@pilieromazza.com*

*Attorneys for Plaintiff, VSolvit LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VSOLVIT, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>SOHUM SYSTEMS, LLC, et al.<br><br>Defendants. | Case Number 2:23-cv-00454-JAD-DJA<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, VSolvit, LLC, and Defendants, Sohum System, LLC and Creative Information Technology, Inc., by and through their respective undersigned counsel, hereby stipulate to the dismissal of

/ / /

/ / /

1

this action, and all causes of action and claims asserted therein, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  February 26, 2026                           Respectfully submitted,


| /s/ *Christian T. Balducci* | /s/ *Robert McCoy* |
|---|---|
| Christian T. Balducci, Esq. | Robert McCoy, Esq. |
| Nevada Bar No. 12688 | Nevada Bar No. 9121 |
| Tabetha J. Steinberg, Esq. | Sihomara L. Graves, Esq. |
| Nevada Bar No. 16756 | Nevada Bar No. 13239 |
| **MARQUIS AURBACH** | **KAEMPFER CROWELL** |
| 10001 Park Run Drive | 1980 Festival Plaza Drive, Ste. 650 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89135 |
| | |
| Matthew E. Feinberg (*pro hac vice*) | Thomas Brownell (pro hac vice) |
| Todd M. Reinecker (*pro hac vice*) | **HOLLAND & KNIGHT, LLP** |
| Matthew T. Healy (*pro hac vice*) | 1650 Tysons Boulevard, Ste. 1700 |
| **PILIEROMAZZA PLLC** | Tysons, Virginia 22102 |
| 1001 G Street, NW, Ste. 1100 | |
| Washington, DC 20001 | *Counsel for Defendants Sohum Systems, LLC & Creative Information Technology, Inc.* |
| *Counsel for Plaintiff, VSolvit, LLC* | |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:  _____

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system on the 26th day of February, 2026.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: N/A.

Thomas Brownell, Esq.
**HOLLAND & KNIGHT, LLP**
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102

Robert R. McCoy, Esq.
**KAEMPFER CROWELL, LTD**
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Shimora L. Graves, Esq.
**KAEMPFER CROWELL, LTD**
50 West Liberty Street, Suite 700
Reno, Nevada 89501

*Counsel for Defendants Sohum Systems, LLC and Creative Information Technology, Inc.*

/s/ *Kellie Piet*
An employee of Marquis Aurbach

MAC: 17787-001 (#6272620.1)