Christian T. Balducci, Esq.
Nevada Bar No. 12688
Tabetha J. Steinberg, Esq.
Nevada Bar No. 16756
**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
Email: *cbalducci@maclaw.com*
Email: *tsteinberg@maclaw.com*

Matthew E. Feinberg, Esq. (*pro hac vice*)
Todd Reinecker, Esq. (*pro hac vice*)
Matthew T. Healy, Esq. (*pro hac vice*)
**PILIEROMAZZA PLLC**
1001 G Street, NW, Suite 1100
Washington, D.C. 20001
Telephone: (202) 857-1000
Email: *mfeinberg@pilieromazza.com*
Email: *treinecker@pilieromazza.com*
Email: *mhealy@pilieromazza.com*

*Attorneys for Plaintiff, VSolvit LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| VSOLVIT, LLC, a Nevada limited liability company<br><br>Plaintiff,<br><br>v.<br><br>SOHUM SYSTEMS, LLC, et al.<br><br>Defendants. | Case Number 2:23-cv-00454-JAD-DJA<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, VSolvit, LLC, and Defendants, Sohum System, LLC and Creative Information Technology, Inc., by and through their respective undersigned counsel, hereby stipulate to the dismissal of

/ / /

/ / /

1

MAC: 17787-001 (#6272620.1)

this action, and all causes of action and claims asserted therein, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  February 26, 2026                    Respectfully submitted,

| /s/ *Christian T. Balducci* | /s/ *Robert McCoy* |
|---|---|
| Christian T. Balducci, Esq. | Robert McCoy, Esq. |
| Nevada Bar No. 12688 | Nevada Bar No. 9121 |
| Tabetha J. Steinberg, Esq. | Sihomara L. Graves, Esq. |
| Nevada Bar No. 16756 | Nevada Bar No. 13239 |
| **MARQUIS AURBACH** | **KAEMPFER CROWELL** |
| 10001 Park Run Drive | 1980 Festival Plaza Drive, Ste. 650 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89135 |
| | |
| Matthew E. Feinberg (*pro hac vice*) | Thomas Brownell (pro hac vice) |
| Todd M. Reinecker (*pro hac vice*) | **HOLLAND & KNIGHT, LLP** |
| Matthew T. Healy (*pro hac vice*) | 1650 Tysons Boulevard, Ste. 1700 |
| **PILIEROMAZZA PLLC** | Tysons, Virginia 22102 |
| 1001 G Street, NW, Ste. 1100 | |
| Washington, DC 20001 | *Counsel for Defendants Sohum Systems, LLC & Creative Information Technology, Inc.* |
| *Counsel for Plaintiff, VSolvit, LLC* | |

## ORDER

Based on the parties' stipulation **[ECF No. 62]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 27, 2026

2

MAC: 17787-001 (#6272620.1)